The motion was made upon the ground that the reversal was solely upon the facts.

*R. Randolph Hicks* for motion.

*David Paine* opposed.

Motion denied, with ten dollars costs.

---

NEW ATLANTIC GARDEN, INC., Appellant, *v.* NEW ATLAN-TIC GARDEN REALTY CORPORATION, Respondent.

*Appeal — causes of action dismissed by consent — appeal therefrom dismissed.*

*New Atlantic Garden, Inc., v. New Atlantic Garden Realty Corpn.,* 201 App. Div. 404, appeal dismissed.

(Submitted October 1, 1923; decided October 9, 1923.)

MOTION to dismiss an appeal from so much of a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered January 25, 1923, as directs as follows: " Ordered, adjudged and decreed that the first cause of action contained in the amended complaint be and the same hereby is dismissed upon the merits and it is further ordered, adjudged and decreed that the third cause of action contained in the amended complaint be and the same hereby is dismissed upon the merits."

The motion was made upon the ground that the first and third causes of action were dismissed, with the consent of the plaintiff.

*Samuel Levy* for motion.

*Hobart S. Bird* opposed.

Motion granted and appeal dismissed, with ten dollars costs of motion.

---

PAUL DICKEY, Appellant, *v.* CHRISTOPHER A. GORTNER, Respondent.

(Submitted October 1, 1923; decided October 9, 1923.)

Motion for re-argument denied, without costs. (See 223 N. Y. 531; 226 N. Y. 620, 688, 711; 230 N. Y. 612, 657; 231 N. Y. 518.)